UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SA CV 20-0620 FMO (JDEx) | Date | May 17, 2022 |
|---|---|---|---|
| Title | Dina Kourda, et al. v. David Salinas, et al. | | |

Present: The Honorable     Fernando M. Olguin, United States District Judge

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**          **(In Chambers) Order to Show Cause Re: Sanctions or Dismissal**

Pursuant to the Court's Order of May 14, 2020, the parties were required to "file a joint status report advising the court as to the status of the PetConnect and Brown actions as well as the state court actions" every 120 days.  (See Dkt. 40, Court's Order of May 14, 2020, at 3).

As of the filing date of this Order, the parties have not filed a joint status report since October 18, 2021.  (See Dkt. 44, Joint Status Report); (see, generally, Dkt.).  Accordingly, IT IS ORDERED THAT, no later than **May 24, 2022**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of May 14, 2020. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.**  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | gga | |