JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA KOURDA, et al., | Case No. SA CV 20-0620 FMO (JDEx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| DAVID SALINAS, et al., | |
| Defendants. | |

**IT IS ADJUDGED** that the above-captioned case is dismissed without prejudice.

Dated this 1st day of March, 2023.

/s/
Fernando M. Olguin
United States District Judge